In the Matter of the COUNTY OF WESTCHESTER, Appellant, against THE COMMON COUNCIL OF THE CITY OF YONKERS, Respondent.

(Argued October 1, 1928; decided October 16, 1928.)

*Thomas M. Smith, Charles H. Peck, Francis J. Morgan* and *Henry R. Barrett* for appellant.

*Harry J. Laragh, Corporation Counsel (Richard E. FitzGibbon* of counsel), for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.